IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Yolanda Ladetta Bryant, | ) Civil Action No.: 1:18-1782-BHH |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| Andrew Saul, Commissioner of Social Security, | ) |
| Defendant. | ) |

This is an action brought pursuant to 42 U.S.C. §§ 405(g) and 1383(c)(3) seeking judicial review of the Commissioner of Social Security's ("Commissioner") final decision, which denied Yolanda Ladetta Bryant's ("Plaintiff") claim for disability insurance benefits ("DIB") and supplemental security income ("SSI"). On March 19, 2020, the Court entered an order adopting the Magistrate Judge's Report and Recommendation ("Report") and affirming the Commissioner's final decision. On appeal, the Court of Appeals for the Fourth Circuit granted the parties' consent motion to remand the action and instructed this Court to enter a final judgment reversing the decision of the administrative law judge and remanding the case to the Commissioner for further proceedings. (ECF No. 42-1.) Accordingly, the Court hereby reverses the final decision of the administrative law judge and remands this case to the Commissioner for further proceedings in accordance with sentence four of 42 U.S.C. § 405(g).

**AND IT IS SO ORDERED.**

/s/Bruce H. Hendricks
Bruce Howe Hendricks
United States District Judge

January 22, 2021
Charleston, South Carolina

2